IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1267 (CFC) |
| | ) |
| TEGILE SYSTEMS, INC., WESTERN DIGITAL TECHNOLOGIES, INC. and WESTERN DIGITAL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS WEST DIGITAL TECHNOLOGIES, INC. AND WESTERN DIGITAL CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendants Western Digital Technologies, Inc. and Western Digital Corporation move the Court for an Order dismissing Plaintiff's Complaint (D.I. 1) with prejudice for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendants' opening brief filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com
jlyons@mnat.com

OF COUNSEL:

R. Adam Lauridsen
Matthew M. Werdegar
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
(415) 391-5400

*Attorneys for Defendants Western Digital Technologies and Western Digital Corporation*

October 17, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 17, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Reza Mirzaie, Esquire<br>Paul A. Kroeger, Esquire<br>C. Jay Chung, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)