IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REALTIME DATA LLC d/b/a IXO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1267 (CFC) |
| | ) | |
| TEGILE SYSTEMS, INC., WESTERN | ) | |
| DIGITAL TECHNOLOGIES, INC. and | ) | |
| WESTERN DIGITAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties move, stipulate and agree subject to and upon the Court's approval that:

(i)     this action, including all claims and counterclaims that were or could have been brought in this action, shall be dismissed with prejudice; and

(ii)    each of the Parties shall bear its own costs, expenses and attorneys' fees in this action.

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

_____
Stephen B. Brauerman (#4952)
600 North King Street, Suite 400
Wilmington, DE  19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeffrey J. Lyons*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com
jlyons@mnat.com

*Attorneys for Defendants Western Digital
Technologies, Inc. and Western Digital
Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeffrey J. Lyons*

_____

Karen Jacobs (#2881)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
jlyons@mnat.com

*Attorneys for Defendant Project Taurus, Inc.*
*f/k/a Tegile Systems, Inc.*

SO ORDERED this _____ day of July, 2019.

_____
United States District Judge